COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| JERRY LEE HUTTO, | § | No. 08-15-00294-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| V. | § | 97th District Court |
| | § | |
| | | of Montague County, Texas |
| THE STATE OF TEXAS, | § | |
| | | (TC# 2014-0179M-CR) |
| | § | |
| Appellee. | § | |
| | § | |

## MEMORANDUM OPINION

Jerry Lee Hutto appeals his conviction of indecency with a child by sexual contact. Appellant waived his right to a jury trial and entered a negotiated plea of guilty to the lesser-included offense of indecency with a child by sexual contact.[1] The trial court followed the plea bargain and assessed Appellant's punishment at imprisonment for a term of thirteen years. We affirm.

## FRIVOLOUS APPEAL

Appellant's court-appointed counsel has filed a brief in which she has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), by presenting a professional

---

[1] The indictment charged Appellant with continuous sexual abuse of a child.

evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. *See In re Schulman*, 252 S.W.3d 403, 407 n.9 (Tex.Crim.App. 2008)("In Texas, an *Anders* brief need not specifically advance 'arguable' points of error if counsel finds none, but it must provide record references to the facts and procedural history and set out pertinent legal authorities."); *High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978). Counsel has notified the Court in writing that she has delivered a copy of counsel's brief and the motion to withdraw to Appellant, and she has advised Appellant of his right to review the record, file a *pro se* brief, and to seek discretionary review. *Kelly v. State*, 436 S.W.3d 313, 318-20 (Tex.Crim.App. 2014)(setting forth duties of counsel). Counsel also provided Appellant with a copy of the clerk's record and reporter's record. Appellant has not filed a *pro se* brief.

We have carefully reviewed the record and counsel's brief, and agree that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably support the appeal. The judgment of the trial court is affirmed.


May 25, 2016

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)